RAMOS,

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

GARY LA BARBERA, THOMAS GESUALDI, :
LAWRENCE KUDLA, LOUIS BISIGNANO,
ANTHONY PIROZZI, FRANK FINKEL, :
JOSEPH FERRARA, SR., LYNN MOUREY,
MARC HERBST, and THOMAS PIALI,
as Trustees and Fiduciaries of the Local 282
Pension Fund Trust, :

             Plaintiffs, :

        - against - :

JUDA CONSTRUCTION, LTD.;
FULLERTON LAND DEVELOPMENT, LTD.,
a/k/a FULLERTON AVENUE LAND :
DEVELOPMENT, LTD.; CTJ CONSTRUCTION,
LTD.; CHATHAM CONSTRUCTION, LTD.; :
FINESSE CONSTRUCTION, LLC;
INNOVATIVE DISPOSAL SYSTEMS LLC; :
PURE EARTH, INC.; PURE EARTH
TRANSPORTATION AND DISPOSAL :
SYSTEMS, INC., a/k/a AMERICAN
TRANSPORTATION AND DISPOSAL :
SYSTEMS, LTD.; PURE EARTH MATERIALS,
INC., a/k/a SOUTH JERSEY DEVELOPMENT, :
INC.; THOMAS ATTONITO; NICHOLAS
PANICCIA; and CHRISTOPHER UZZI, :

             Defendants. :
----------------------------------------------------------X

Dkt No. 07 CV 5763 (JSR)

**STIPULATION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-19-07

    It is hereby stipulated by and between the undersigned, counsel for plaintiffs and for defendants Juda Construction, Ltd., Pure Earth, Inc., Pure Earth Transportation and Disposal Systems, Inc., a/k/a American Transportation and Disposal Systems, Ltd., and Pure Earth

Materials, Inc., a/k/a South Jersey Development, Inc., that said defendants' time to respond to the Amended Complaint is extended until July 30, 2007.

Said defendants waive objections relating to the propriety of service.

DATED:   New York, New York
         July 12, 2007

FRIEDMAN & WOLF

By: _____
    Brinn Weeks Waldner (BW-0330)

1500 Broadway, Suite 2300
New York, New York 10036
(212) 354-4500

Attorneys for Plaintiffs

BAHN, HERZFELD & MULTER, LLP

By: _____
    Andrew Multer (AM-2116)

555 Fifth Avenue, 14th Floor
New York, New York 10017
(212) 818-9019

Attorneys for Defendants Jada Construction, Ltd., Pure Earth, Inc., Pure Earth Transportation and Disposal Systems, Inc., a/k/a American Transportation and Disposal Systems, Ltd., and Pure Earth Materials, Inc., a/k/a South Jersey Development, Inc.

SO ORDERED.

_____
Jed S. Rakoff, U.S.D.J.
7-18-07