_____X

GARY LA BARBERA, THOMAS GESUALDI          STIPULATION TO ADJOURN
                                          Index No.:07-CV-5763 (JSR)
LAWRENCE KUDLA, LOUIS BISIGNANO,
ANTHONY PIROZZI, FRANK FINKEL,
JOSEPH FERRARA, SR.,LYNN MOUREY
MARC HERBST, and THOMAS PIALI
As Trustees and Fiduciaries of the Local 282
Pension Trust Fund,

                Plaintiffs,

        -   against –

JUDA CONSTRUCTION, LTD; FULLERTON
LAND DEVELOPMENT,LTD, a/k/a
FULLERTON AVENUE LAND DEVELOPMENT,
LTD; CTJ CONSTRUCTION, LTD; CHATHAM
CONSTRUCTION, LTD; FINESSE
CONSTRUCTION LLC; INNOVATIVE
DISPOSAL SYSTEMS LLC; PURE EARTH,
INC; PURE EARTH TRANSPORTATION AND
DISPOSAL SYSTEMS,INC. a/k/a AMERICAN
TRANSPORTATION AND DISPOSAL
SYSTEMS,LTD; PURE EARTH MATERIALS,
INC. a/k/a SOUTH JERSEY DEVELOPMENT,
INC.;THOMAS ATTONITO; NICHOLAS
PANICCIA; and CHRISTOPHER UZZI,

                Defendants.
_____X

IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED BY and between the

Undersigned attorneys that:

The plaintiffs consent to adjourn the defendant's, FULLERTON LAND DEVELOPMENT,LTD,
a/k/a FULLERTON AVENUE LAND DEVELOPMENT LTD, CTJ CONSTRUCTION LTD,
CHATHAM CONSTRUCTION LTD, THOMAS ATTONITO, NICHOLAS PANICCIA and
CHRISTOPHER UZZI, time to answer or otherwise move to and including July 30, 2007.
The defendant's waive any defense relating to service or defect of process.
        Facsimile signatures shall constitute original signatures for the purposes of this
        stipulation.
Dated: Westchester, New York

July 23, 2007

Erinn Weeks Waldner, Esq.
Friedman & Wolf
Attorneys for Plaintiffs
1500 Broadway, Suite 2300
New York, NY 10036
Tel. No.: 212-354-4500

Christopher A. Smith, Esq.
Trivella, Forte & Smith, LLP
Attorneys for Defendants
1311 Mamaroneck Ave., Suite 170
White Plains, NY 10605
Tel. No.: 914-949-9075