AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern      DISTRICT OF      New York

GARY LA BARBERA, et. al.,
    Plaintiffs,

-v-

Juda Construction, Ltd., et al.,
    Defendants

**APPEARANCE**

Case Number: 07 CIV 5763 (JSR)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants Juda Construction, Ltd., Pure Earth, Inc., Pure Earth Transportation and Disposal Systems, Inc., a/k/a American Transportation and Disposal Systems, Ltd., and Pure Earth Materials, Inc., a/k/a South Jersey Development, Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/30/2007 | _[signature]_ |
| Date | Signature |
| | Andrew J. Multer     AM-2116 |
| | Print Name     Bar Number |
| | Bahn, Herzfeld & Multer, LLP, 555 Fifth Avenue, 14th Floor |
| | Address |
| | New York,     NY     10017 |
| | City     State     Zip Code |
| | (212) 818-9019     (212) 986-5316 |
| | Phone Number     Fax Number |