UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

GARY LA BARBERA, THOMAS GESUALDI,      :
LAWRENCE KUDLA, LOUIS BISIGNANO,                    Dkt No. 07 CV 5763 (JSR)
ANTHONY PIROZZI, FRANK FINKEL,         :
JOSEPH FERRARA, SR., LYNN MOUREY,
MARC HERBST, and THOMAS PIALI,         :
as Trustees and Fiduciaries of the Local 282
Pension Fund Trust,                    :        **RULE 7.1 STATEMENT**

                    Plaintiffs,        :

            - against -                 :

JUDA CONSTRUCTION, LTD.;               :
FULLERTON LAND DEVELOPMENT, LTD.,
a/k/a FULLERTON AVENUE LAND            :
DEVELOPMENT, LTD.; CTJ CONSTRUCTION,
LTD.; CHATHAM CONSTRUCTION, LTD.;      :
FINESSE CONSTRUCTION, LLC;
INNOVATIVE DISPOSAL SYSTEMS LLC;       :
PURE EARTH, INC.; PURE EARTH
TRANSPORTATION AND DISPOSAL            :
SYSTEMS, INC., a/k/a AMERICAN
TRANSPORTATION AND DISPOSAL            :
SYSTEMS, LTD.; PURE EARTH MATERIALS,
INC., a/k/a SOUTH JERSEY DEVELOPMENT,  :
INC.; THOMAS ATTONITO; NICHOLAS
PANICCIA; and CHRISTOPHER UZZI,        :

                    Defendants.         :

------------------------------------------------------------X

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to
enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or
recusal, the undersigned counsel for Pure Earth, Inc. (a private non-governmental party) certifies
that the following are corporate parents, affiliates and/or subsidiaries of said party, which are
publicly held:

    1.  South Jersey Development, Inc., also known as Pure Earth Materials, Inc., is a
        wholly-owned subsidiary of Pure Earth, Inc., which is publicly held.

2. Juda Construction, Ltd., is a wholly-owned subsidiary of South Jersey Development, Inc., also known as Pure Earth Materials, Inc.

3. Pure Earth Transportation and Disposal Systems, Inc., a/k/a American Transportation and Disposal Systems, Inc., is a wholly-owned subsidiary of South Jersey Development, Inc., also known as Pure Earth Materials, Inc.

DATE:        July 30, 2007

_____
**Andrew Multer (AM 2116)**

Bahn, Herzfeld & Multer, LLP

Attorneys for Defendants Juda Construction, Ltd,
Pure Earth, Inc., Pure Earth Transportation and
Disposal Systems LLC, a/k/a American Transportation
and Disposal Systems, Ltd., and Pure Earth Materials,
Inc., a/k/a South Jersey Development, Inc.