UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————X

GARY LA BARBERA, THOMAS GESUALDI   **STIPULATION TO ADJOURN**
LAWRENCE KUDLA, LOUIS BISIGNANO,   Index No.:07-CV-5763 (JSR)
ANTHONY PIROZZI, FRANK FINKEL,
JOSEPH FERRARA, SR.,LYNN MOUREY
MARC HERBST, and THOMAS PIALI
As Trustees and Fiduciaries of the Local 282
Pension Trust Fund,

        Plaintiffs,

  - against –

JUDA CONSTRUCTION, LTD; FULLERTON
LAND DEVELOPMENT,LTD, a/k/a
FULLERTON AVENUE LAND DEVELOPMENT,
LTD; CTJ CONSTRUCTION, LTD; CHATHAM
CONSTRUCTION, LTD; FINESSE
CONSTRUCTION LLC; INNOVATIVE
DISPOSAL SYSTEMS LLC; PURE EARTH,
INC; PURE EARTH TRANSPORTATION AND
DISPOSAL SYSTEMS,INC. a/k/a AMERICAN
TRANSPORTATION AND DISPOSAL
SYSTEMS,LTD; PURE EARTH MATERIALS,
INC. a/k/a SOUTH JERSEY DEVELOPMENT,
INC.;THOMAS ATTONITO; NICHOLAS
PANICCIA; and CHRISTOPHER UZZI,

        Defendants.
————————————————————————X

IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED BY and between the

Undersigned attorneys that:

    The plaintiffs consent to adjourn the defendants', FULLERTON LAND

DEVELOPMENT,LTD, a/k/a FULLERTON AVENUE LAND DEVELOPMENT LTD,

CTJ CONSTRUCTION LTD, CHATHAM CONSTRUCTION LTD, THOMAS

ATTONITO, NICHOLAS PANICCIA and CHRISTOPHER UZZI's time to answer or otherwise move to and including August 15, 2007.

The defendants waive any defense relating to service or defect of process.

Facsimile signatures shall constitute original signatures for the purposes of this stipulation.

Dated: Westchester, New York
August 7, 2007

_____
Michael Bauman, Esq.
Friedman & Wolf, Esqs.
Attorneys for Plaintiffs
1500 Broadway, Suite 2300
New York, NY 10036
Tel. No.: 212-354-4500

_____
Christopher A. Smith, Esq.
Trivella, Forte & Smith, LLP
Attorneys for Defendants
1311 Mamaroneck Ave., Suite 170
White Plains, NY 10605
Tel. No.: 914-949-9075