UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
GARY LA BARBERA, et al.,

             Plaintiffs,

  - against –

JUDA CONSTRUCTION, LTD et al.,
             Defendants.
_____X

**RULE 7.1 STATEMENT**

Index No.:07-CV-5763 (JSR)

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for the **Defendants FULLERTON LAND DEVELOPMENT,LTD, a/k/a FULLERTON AVENUE LAND DEVELOPMENT LTD, CTJ CONSTRUCTION LTD, CHATHAM CONSTRUCTION LTD, THOMAS ATTONITO, NICHOLAS PANICCIA and CHRISTOPHER UZZI** (a provable non-governmental party) certifies that the following are corporate parents, affiliates or subsidiaries of said party, which are publicly held:

NONE.

Dated:     White Plains, New York
           August 15, 2007

                    Yours, etc.

                    By: _____
                        Christopher A. Smith (CS   14)
                        TRIVELLA, FORTE & SMITH, LLP
                        1311 Mamaroneck Avenue, Suite 170
                        White Plains, New York 10605
                        (914) 949-9075/(914) 949-4752

To:  FRIEDMAN & WOLF, ESQS.
     Attorneys for Plaintiffs
     1500 Broadway, Suite 2300
     New York, NY  10036
     Attn:  Erin Weeks Waldner, Esq.

     BAHN, HERZFELD & MULTER, LLP
     Attorneys for Defendants Juda Construction, Ltd,
     Pure Earth, Inc., Pure Earth Transportation and
     Disposal Systems LLC, a/k/a American Transportation
     and Disposal Systems, Ltd., and Pure Earth Materials,
     Inc., a/k/a South Jersey Development, Inc.
     555 Fifth Avenue, 14th Floor
     New York, NY  10017
     Attn:  Andrew Multer (AM-2116)