UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

GARY LA BARBERA, THOMAS GESUALDI            **REPLY TO CROSS-CLAIMS**
                                            Index No.:07-CV-5763 (JSR)
LAWRENCE KUDLA, LOUIS BISIGNANO,
ANTHONY PIROZZI, FRANK FINKEL,
JOSEPH FERRARA, SR.,LYNN MOUREY
MARC HERBST, and THOMAS PIALI
As Trustees and Fiduciaries of the Local 282
Pension Trust Fund,

                Plaintiffs,

- against –

JUDA CONSTRUCTION, LTD; FULLERTON
LAND DEVELOPMENT,LTD, a/k/a
FULLERTON AVENUE LAND DEVELOPMENT,
LTD; CTJ CONSTRUCTION, LTD; CHATHAM
CONSTRUCTION, LTD; FINESSE
CONSTRUCTION LLC; INNOVATIVE
DISPOSAL SYSTEMS LLC; PURE EARTH,
INC; PURE EARTH TRANSPORTATION AND
DISPOSAL SYSTEMS,INC. a/k/a AMERICAN
TRANSPORTATION AND DISPOSAL
SYSTEMS,LTD; PURE EARTH MATERIALS,
INC. a/k/a SOUTH JERSEY DEVELOPMENT,
INC.;THOMAS ATTONITO; NICHOLAS
PANICCIA; and CHRISTOPHER UZZI,

                Defendants.
_____X

SIRS:

       The defendants, FULLERTON LAND DEVELOPMENT, LTD., a/k/A

FULLERTON AVENUE LAND DEVELOPMENT, LTD., (hereinafter referred to as

"FULLERTON"), CHATHAM CONSTRUCTION, LTD. (hereinafter referred to as "CHATHAM"), THOMAS ATTONITO (hereinafter referred to as "ATTONITO"), NICHOLAS PANICCIA, (hereinafter referred to as "PANICCIA") and CHRISTOPHER UZZI (hereinafter referred to as "UZZI"), by their attorneys, TRIVELLA, FORTE & SMITH, LLP., as and for its Reply to the Cross-Claim of JUDA CONSTRUCTION, LTD., PURE EARTH, INC., PURE EARTH TRANSPORTATION and DISPOSAL SYSTEMS LLC, a/k/a AMERICAN TRANSPORTATION and DISPOSAL SYSTEMS, LTD., and PURE EARTH MATERIALS, INC., a/k/a SOUTH JERSEY DEVELOPMENT, INC. dated July 30, 2007, alleges as follows upon information and belief:

1. Deny the truth of the allegations set forth in paragraph "359" of the Answer of JUDA CONSTRUCTION, LTD., PURE EARTH, INC., PURE EARTH TRANSPORTATION and DISPOSAL SYSTEMS LLC, a/k/a AMERICAN TRANSPORTATION and DISPOSAL SYSTEMS, LTD., and PURE EARTH MATERIALS, INC., a/k/a SOUTH JERSEY DEVELOPMENT, INC.

2. Deny the allegations set forth in paragraph "360" of the Answer of JUDA CONSTRUCTION, LTD., PURE EARTH, INC., PURE EARTH TRANSPORTATION and DISPOSAL SYSTEMS LLC, a/k/a AMERICAN TRANSPORTATION and DISPOSAL SYSTEMS, LTD., and PURE EARTH MATERIALS, INC., a/k/a SOUTH JERSEY DEVELOPMENT, INC.

3. Deny the allegations set forth in paragraph "361" of the Answer of JUDA CONSTRUCTION, LTD., PURE EARTH, INC., PURE EARTH

TRANSPORTATION and DISPOSAL SYSTEMS LLC, a/k/a AMERICAN TRANSPORTATION and DISPOSAL SYSTEMS, LTD., and PURE EARTH MATERIALS, INC., a/k/a SOUTH JERSEY DEVELOPMENT, INC.

4. Deny the allegations set forth in paragraph "362" of the Cross-Claim of JUDA CONSTRUCTION, LTD., PURE EARTH, INC., PURE EARTH TRANSPORTATION and DISPOSAL SYSTEMS LLC, a/k/a AMERICAN TRANSPORTATION and DISPOSAL SYSTEMS, LTD., and PURE EARTH MATERIALS, INC., a/k/a SOUTH JERSEY DEVELOPMENT, INC.

**WHEREFORE**, the defendants, FULLERTON LAND DEVELOPMENT, LTD., a/k/A FULLERTON AVENUE LAND DEVELOPMENT, LTD., CHATHAM CONSTRUCTION, LTD., THOMAS ATTONITO, NICHOLAS PANICCIA, and CHRISTOPHER UZZI, demands judgment be granted as follows:

a. Dismiss the cross-claims of JUDA CONSTRUCTION, LTD., PURE EARTH, INC., PURE EARTH TRANSPORTATION and DISPOSAL SYSTEMS LLC, a/k/a AMERICAN TRANSPORTATION and DISPOSAL SYSTEMS, LTD., and PURE EARTH MATERIALS, INC., a/k/a SOUTH JERSEY DEVELOPMENT, INC. against FULLERTON LAND DEVELOPMENT, LTD., a/k/a FULLERTON AVENUE LAND DEVELOPMENT, LTD., CHATHAM CONSTRUCTION, LTD., THOMAS ATTONITO, NICHOLAS PANICCIA, and CHRISTOPHER UZZI.

b.   for attorneys' fees, costs and disbursements to the extent provided by contract, statute or otherwise; and

c.   together with such other, further and different relief as the Court may deem just and proper.

Dated: White Plains, New York
       August 17, 2007

                                                        Yours, Etc.,

                                                        TRIVELLA, FORTE & SMITH, LLP
Attorneys for FULLERTON LAND DEVELOPMENT, LTD., a/k/a FULLERTON AVENUE LAND DEVELOPMENT, LTD., CHATHAM CONSTRUCTION, LTD., THOMAS ATTONITO, NICHOLAS PANICCIA, and CHRISTOPHER UZZI
1311 Mamaroneck Avenue, Suite 170
White Plains, New York 10605
Phone: (914) 949-9075
Fax: (914) 949-4752

By: _____
     Christopher Smith (CS 9014)

To:   BAHN, HERZFELD & MULTER, LLP
      Attorneys for Defendants
      JUDA CONSTRUCTION, LTD., PURE
      EARTH, INC., PURE EARTH
      TRANSPORTATION and DISPOSAL
      SYSTEMS LLC, a/k/a AMERICAN
      TRANSPORTATION and DISPOSAL
      SYSTEMS, LTD., and PURE EARTH
      MATERIALS, INC., a/k/a SOUTH JERSEY
      DEVELOPMENT, INC.
      555 Fifth Avenue, 14th Floor
      New York, New York 10017
      Phone: (212) 818-9019
      Fax: (212) 986-5316


      FRIEDMAN & WOLF
      Erin Weeks Waldner, Esq.
      Michael Bauman, Esq.
      Attorneys for Plaintiffs
      1500 Broadway, Suite 2300
      New York, New York 10036
      Phone: (212) 354-4500
      Fax: (212) 719-9072