UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**************************************************

| | |
|---|---|
| GARY LA BARBERA, THOMAS GESUALDI, LAWRENCE KUDLA, LOUIS BISIGNANO, ANTHONY PIROZZI, FRANK FINKEL, JOSEPH FERRARA, SR., LYNN MOUREY, MARC HERBST AND THOMAS PIALI As Trustees and Fiduciaries of the Local 282 Pension Trust Fund, | Case No. 07-CV-5763 (JSR) |
| Plaintiffs | |
| -against- | |
| JUDAH CONSTRUCTION, LTD., FULLERTON LAND DEVELOPMENT, LTD a/k/a/ FULLERTON AVENUE LAND DEVELOPMENT, LTD., CTJ CONSTRUCTION LTD., CHATHAM CONSTRUCTION, LTD., FINESSE CONSTRUCTION LLC, INOVATIVE DISPOSAL SYSTEMS LLC, PURE EARTH INC., PURE EARTH TRANSPORATION AND DISPOSAL SYSTMES, INC. a/k/a AMERCIAN TRANSPORTATION AND DISPOSAL SYSTEMS LTD, PURE EARTH MATERIALS, INC. a/k/a/ SOUTH JERSEY DEVELOPMENT, INC., THOMAS ATTONITO, NICHOLAS PANICIA and CHRISTOPHER UZZI | **NOTICE OF APPEARANCE** |
| Defendants | |

**************************************************

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Finesse Construction LLC and Innovative Disposal Systems LLC.

I certify that I am admitted to practice in this court.

Dated: September 7, 2007

_____
Leonard K. Herman LH 3174

75 Euclid Ave.
Ardsley, NY 10502
Phone (914) 674-4936
Fax (914) 674-4936
Cell (914) 522-2073
LenHemanEsq@AOL.com