UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| GARY LA BARBERA, THOMAS GESUALDI, LAWRENCE KUDLA, LOUIS BISIGNANO, ANTHONY PIROZZI, FRANK FINKEL, JOSEPH FERRARA, SR., LYNN MOUREY, MARC HERBST AND THOMAS PIALI As Trustees and Fiduciaries of the Local 282 Pension Trust Fund, <br><br>　　　　　　　Plaintiffs <br><br>-against- <br><br>JUDAH CONSTRUCTION, LTD., FULLERTON LAND DEVELOPMENT, LTD a/k/a/ FULLERTON AVENUE LAND DEVELOPMENT, LTD., CTJ CONSTRUCTION LTD., CHATHAM CONSTRUCTION, LTD., FINESSE CONSTRUCTION LLC, INOVATIVE DISPOSAL SYSTEMS LLC, PURE EARTH INC., PURE EARTH TRANSPORATION AND DISPOSAL SYSTMES, INC. a/k/a AMERCIAN TRANSPORTATION AND DISPOSAL SYSTEMS LTD, PURE EARTH MATERIALS, INC. a/k/a/ SOUTH JERSEY DEVELOPMENT, INC., THOMAS ATTONITO, NICHOLAS PANICIA and CHRISTOPHER UZZI <br><br>　　　　　　　Defendants | Case No. <br><br> 07-CV-5763 (JSR) <br><br><br><br><br><br><br><br><br><br> **RULE 7.1** <br> **STATEMENT** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

　　　Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Finesse Construction LLC and Innovative Disposal Systems LLC (both are private non governmental parties) certifies that he following are corporate parents, affiliates and/or subsidiaries of said parties which are publicly held.

　　　　　　　There are none

Date: September 7, 2007

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Leonard K. Herman
　　　　　　　　　　　　　　　　　　　　　(LH-3174)