UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

GARY LA BARBERA, THOMAS GESUALDI,
LAWRENCE KUDLA, LOUIS BISIGNANO,
ANTHONY PIROZZI, FRANK FINKEL,
JOSEPH FERRARA, SR., LYNN MOUREY,
MARC HERBST, and THOMAS PIALI,
as Trustees and Fiduciaries of the Local 282
Pension Fund Trust,

          Plaintiffs,

- against -

JUDA CONSTRUCTION, LTD.;
FULLERTON LAND DEVELOPMENT, LTD.,
a/k/a FULLERTON AVENUE LAND
DEVELOPMENT, LTD.; CTJ CONSTRUCTION,
LTD.; CHATHAM CONSTRUCTION, LTD.;
TORRETTA TRUCKING INC.;
FINESSE CONSTRUCTION, LLC;
INNOVATIVE DISPOSAL SYSTEMS LLC;
PURE EARTH, INC.; PURE EARTH
TRANSPORTATION AND DISPOSAL
SYSTEMS, INC., a/k/a AMERICAN
TRANSPORTATION AND DISPOSAL
SYSTEMS, LTD.; PURE EARTH MATERIALS,
INC., a/k/a SOUTH JERSEY DEVELOPMENT,
INC.; THOMAS ATTONITO; NICHOLAS
PANICCIA; and CHRISTOPHER UZZI,

          Defendants.

------------------------------------------------------------X

Dkt No. 07 CV 5763 (JSR)

**ANSWER OF
PURE EARTH DEFENDANTS
TO CROSS-CLAIM
OF DEFENDANTS FINESSE
CONSTRUCTION, LLC
and INNOVATIVE
DISPOSAL SYSTEMS LLC**

Defendants Juda Construction, Ltd., Pure Earth, Inc., Pure Earth Transportation and Disposal Systems, Inc., a/k/a American Transportation and Disposal Systems, Ltd., and Pure Earth Materials, Inc., a/k/a/ South Jersey Development, Inc. (collectively, the "Pure Earth defendants"), by and through their counsel, Bahn, Herzfeld & Multer, LLP, hereby answer the

Cross-Claim asserted by Defendants Finesse Construction LLC and Innovative Disposal Systems LLC as follows:

1. Deny the allegations set forth in the First Cross-Claim of defendant Finesse Construction LLC in its Answer and Cross-Claim, filed September 17, 2007, at page 45.[1]

**WHEREFORE**, the Pure Earth defendants demand judgment be granted as follows:

A. Dismissing the Cross-Claim of defendants Finesse Construction LLC and Innovative Disposal Systems LLC against them;

B. Granting them attorneys' fees, costs and disbursements to the extent provided by contract, statute or otherwise; and

C. Grantanting them such other, further and different relief as the Court deems just and proper.

DATED:   New York, New York
         September 19, 2007

         BAHN, HERZFELD & MULTER, LLP
         Attorneys for Defendants Juda Construction, Ltd,
             Pure Earth, Inc., Pure Earth Transportation and Disposal Systems LLC,
             a/k/a American Transportation and Disposal Systems, Ltd., and Pure Earth
             Materials, Inc., a/k/a South Jersey Development, Inc.
         555 Fifth Avenue, 14th Floor
         New York, NY   10017
         Phone: (212) 818-9019
         Fax:   (212) 986-5316

         By: _____
             Andrew Multer (AM-2116)

---

[1] Defendants Finesse Construction LLC and Innovative Disposal Systems LLC filed their Answers and Cross-Claims twice on September 17, 2007 (see ECF Documents 22 and 23. This appears to have been inadvertent, inasmuch as the documents (including the Cross-Claims asserted therein) appear to be identical. Accordingly, in what may be an excess of caution, the Pure Earth defendants ask that this pleading be deemed responsive to both documents.

To:  Erin Weeks Waldner, Esq. (EW-0330)
Michael Bauman, Esq. (MB-9118)
FRIEDMAN & WOLF
Attorneys for Plaintiffs
1500 Broadway, Suite 2300
New York, NY   10036
Phone: (212) 354-4500
Fax:   (212) 719-9072

Christopher A. Smith, Esq. (CS-9014)
Trivella, Forte & Smith, LLP
Attorneys for Defendants Fullerton Land Development, Ltd., a/k/a Fullerton Avenue
   Land Development, Ltd., Chatham Construction, Ltd, Torretta Trucking Inc.,
   Thomas Attonito, Nicholas Paniccia, and Christopher Uzzi
1311 Mamaroneck Avenue, Suite 170
White Plains, NY 10605
Phone: (914) 843-9100
Fax:   (914) 949-4752

Leonard K. Herman, Esq. (LH-3174)
Attorney for Defendants Finesse Construction LLC and
   Innovative Disposal Systems LLC
75 Euclid Avenue
Ardsley, NY   10502
Phone: (914) 674-4936
Fax:   (914) 674-4936