UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

GARY LA BARBERA, THOMAS GESUALDI,
LAWRENCE KUDLA, LOUIS BISIGNANO,        Dkt No. 07 CV 5763 (JSR)
ANTHONY PIROZZI, FRANK FINKEL,
JOSEPH FERRARA, SR., LYNN MOUREY,
MARC HERBST, and THOMAS PIALI,
as Trustees and Fiduciaries of the Local 282
Pension Fund Trust,

               Plaintiffs,

             - against -

JUDA CONSTRUCTION, LTD.;                **ANSWER OF**
FULLERTON LAND DEVELOPMENT, LTD.,       **PURE EARTH DEFENDANTS**
a/k/a FULLERTON AVENUE LAND             **TO CROSS-CLAIMS**
DEVELOPMENT, LTD.; CTJ CONSTRUCTION,    **OF CHATHAM DEFENDANTS**
LTD.; CHATHAM CONSTRUCTION, LTD.;
TORRETTA TRUCKING INC.;
FINESSE CONSTRUCTION, LLC;
INNOVATIVE DISPOSAL SYSTEMS LLC;
PURE EARTH, INC.; PURE EARTH
TRANSPORTATION AND DISPOSAL
SYSTEMS, INC., a/k/a AMERICAN
TRANSPORTATION AND DISPOSAL
SYSTEMS, LTD.; PURE EARTH MATERIALS,
INC., a/k/a SOUTH JERSEY DEVELOPMENT,
INC.; THOMAS ATTONITO; NICHOLAS
PANICCIA; and CHRISTOPHER UZZI,

             Defendants.

------------------------------------------------------------X

      Defendants Juda Construction, Ltd., Pure Earth, Inc., Pure Earth Transportation and Disposal Systems, Inc., a/k/a American Transportation and Disposal Systems, Ltd., and Pure Earth Materials, Inc., a/k/a/ South Jersey Development, Inc. (collectively, the "Pure Earth defendants"), by and through their counsel, Bahn, Herzfeld & Multer, LLP, hereby answer the

Cross-Claim[1] asserted by Defendants Fullerton Land Development, Ltd, a/k/a Fullerton Avenue Land Development Ltd, CTJ Construction Ltd, Chatham Construction Ltd, Thomas Attonito, Nicholas Paniccia and Christopher Uzzi (collectively, the "Chatham defendants") as follows:

1. Deny the allegations set forth in Paragraph 370 of the Chatham defendants' Answer and Cross-Claims, dated August 15, 2007.

2. Deny the allegations set forth in Paragraph 371 of the Chatham defendants' Answer and Cross-Claims.

**WHEREFORE**, the Pure Earth defendants demand judgment be granted as follows:

A. Dismissing the Cross-Claim of the Chatham defendants against them;

B. Granting them attorneys' fees, costs and disbursements to the extent provided by contract, statute or otherwise; and

---

[1] Although the pleading to which the Pure Earth defendants respond herein is titled "Answer and Cross-Claims of [the Chatham defendants]", only one cross-claim is asserted therein. See ECF Document #13.

   C. Granting them such other, further and different relief as the Court deems just and proper.

DATED: New York, New York
    September 19, 2007

    BAHN, HERZFELD & MULTER, LLP
    Attorneys for Defendants Juda Construction, Ltd,
     Pure Earth, Inc., Pure Earth Transportation and Disposal Systems LLC,
     a/k/a American Transportation and Disposal Systems, Ltd., and Pure Earth
     Materials, Inc., a/k/a South Jersey Development, Inc.
    555 Fifth Avenue, 14th Floor
    New York, NY   10017
    Phone: (212) 818-9019
    Fax: (212) 986-5316

    By: _____
     Andrew Multer (AM-2116)

To: Erin Weeks Waldner, Esq. (EW-0330)
   Michael Bauman, Esq. (MB-9118)
   FRIEDMAN & WOLF
   Attorneys for Plaintiffs
   1500 Broadway, Suite 2300
   New York, NY   10036
   Phone: (212) 354-4500
   Fax: (212) 719-9072

Christopher A. Smith, Esq. (CS-9014)
Trivella, Forte & Smith, LLP
Attorneys for Defendants Fullerton Land Development, Ltd., a/k/a Fullerton Avenue
  Land Development, Ltd., Chatham Construction, Ltd, Torretta Trucking Inc.,
  Thomas Attonito, Nicholas Paniccia, and Christopher Uzzi
1311 Mamaroneck Avenue, Suite 170
White Plains, NY 10605
Phone: (914) 843-9100
Fax: (914) 949-4752

Leonard K. Herman, Esq. (LH-3174)
Attorney for Defendants Finesse Construction LLC and
  Innovative Disposal Systems LLC
75 Euclid Avenue
Ardsley, NY   10502
Phone: (914) 674-4936
Fax: (914) 674-4936