UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
GARY LA BARBERA, THOMAS GESUALDI,                           :
LAWRENCE KUDLA, LOUIS BISIGNANO,                            :   Dkt No. 07 CV 5763 (JSR)
ANTHONY PIROZZI, FRANK FINKEL,                              :
JOSEPH FERRARA, SR., LYNN MOUREY,                           :
MARC HERBST, and THOMAS PIALI,                              :
as Trustees and Fiduciaries of the Local 282                :
Pension Fund Trust,                                         :
                                                            :
                         Plaintiffs,                        :
                                                            :
         - against -                                        :   ANSWER OF CHATHAM
                                                            :   DEFENDANT'S TO CROSS-
JUDA CONSTRUCTION, LTD;                                     :   CLAIM OF DEFENDANT'S FINESSE
FULLERTON LAND DEVELOPMENT, LTD,                            :   CONSTRUCTION, LLC and
a/k/a FULLERTON AVENUE LAND                                 :   INNOVATIVE DISPOSAL
DEVELOPMENT, LTD.; CTJ CONSTRUCTION,                        :   SYSTEMS LLC
LTD.; CHATHAM CONSTRUCTION, LTD.;                           :
TORRETTA TRUCKING INC.;                                     :
FINESSE CONSTRUCTION, LLC;                                  :
INNOVATIVE DISPOSAL SYSTEMS LLC;                            :
PURE EARTH, INC.; PURE EARTH                                :
TRANSPORTATION AND DISPOSAL                                 :
SYSTEMS, INC., a/k/a AMERICAN                               :
TRANSPORTATION AND DISPOSAL                                 :
SYSTEMS, LTD.; PURE EARTH MATERIALS,                        :
INC., a/k/a SOUTH JERSEY DEVELOPMENT,                       :
INC.; THOMAS ATTONITO; NICHOLAS                             :
PANICCIA; and CHRISTOPHER UZZI,                             :
                                                            :
                         Defendants.                        :
                                                            :
------------------------------------------------------------X

Defendants Fullerton Land Development, LTD., a/k/a Fullerton Avenue Land Development, LTD., CTJ Construction, LTD., Chatham Construction, LTD., Torretta Trucking, Inc., Thomas Attonito, Nicholas Paniccia and Christopher Uzzi (collectively, the "Chatham defendants") by and

through their counsel, Trivella, Forte & Smith, LLP, hereby answer the Cross-Claim asserted by Defendants Finesse Construction LLC and Innovative Disposal Systems LLC as follows:

1. Deny the allegations set forth in the Cross-Claim of defendants Finesse Construction LLC and Innovative Disposals Systems in their Answer and Cross-Claim filed September 21, 2007, at page 45.

WHEREFORE, the Fullerton Land Development, LTD., a/k/a Fullerton Avenue Land Development, LTD., CTJ Construction, LTD, Chatham Construction, LTD, Torretta Trucking, Inc., Thomas Attonito, Nicholas Paniccia and Christopher Uzzi defendants demand judgment be granted as follows:

A. Dismissing the Cross-Claim of defendants Finesse Construction LLC and Innovative Disposal Systems LLC with prejudice and without costs or attorneys' fees.

B. Granting the Chatham defendants attorneys' fees, costs and disbursements to the extent provided by contract, statute or otherwise; and

C. Together with such other, further and different relief as the Court deems just and proper.

2

DATED: White Plains, New York
September 20, 2007

TRIVELLA, FORTE & SMITH, LLP
Attorneys for Defendants Fullerton Land Development, Ltd., a/k/a Fullerton Avenue Land Development, Ltd., Chatham Construction, Ltd, Torretta Trucking Inc., Thomas Attonito, Nicholas Paniccia, and Christopher Uzzi
1311 Mamaroneck Avenue, Suite 170
White Plains, NY 10605
Phone: (914) 843-9100
Fax:   (914) 949-4752

By: _____ (JS9014)

To:
Erin Weeks Waldner, Esq. (EW-0330)
Michael Bauman, Esq. (MB-9118)
FRIEDMAN & WOLF
Attorneys for the Plaintiffs
1500 Broadway, Suite 2300
New York, NY 10036
Phone: (212) 354-4500
Fax:   (212) 719-9072

Leonard K. Herman, Esq. (LH-3174)
Attorney for Defendants Finesse Construction LLC and Innovative Disposal Systems LLC
75 Euclid Avenue
Ardsley, NY 10502
Phone: (914) 674-4936
Fax:   (914) 674-4936

BAHN, HERZFELD & MULTER, LLP
Attorneys for the Defendants Juda Construction, Ltd, Pure Earth, Inc., Pure Earth Transportation and Disposal Systems LLC, a/k/a American Transportation and Disposal Systems, Ltd., and Pure Earth Materials, Inc., a/k/a South Jersey Development, Inc.
555 Fifth Avenue, 14th Floor
New York, NY 10017
Phone: (212) 818-9019
Fax:   (212) 986-5316