## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK                    )
                                     )ss.:
COUNTY OF WESTCHESTER                )

**ANNA CHIAROLANZA**, being duly sworn, deposes and says:
That I am not a party to this action; am over 18 years of age and reside in Westchester County, New York; that on the 24th day of September, 2007, I served the within **ANSWER OF CHATHAM DEFENDANTS TO CROSS-CLAIMS OF PURE EARTH DEFENDANTS**

Erin Weeks Waldner, Esq.
Michael Bauman, Esq.
FRIEDMAN & WOLF
1500 Broadway, Suite 2300
New York, NY   10036

BAHN, HERZFELD & MULTER, LLP
555 Fifth Avenue, 14th Floor
New York, NY   10017

Leonard K. Herman, Esq.
75 Euclid Avenue
Ardsley, NY   10502

and by depositing a true copy of the same enclosed in a post-paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

ANNA CHIAROLANZA

Sworn to before me this
24th day of September, 2007

Notary Public

**CHRISTOPHER A. SMITH**
NOTARY PUBLIC, State of New York
No. 02SM5003770
Qualified in Westchester & Bronx Counties
Commission Expires November 2, 1998

5