UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| GARY LA BARBERA, THOMAS GESUALDI, LAWRENCE KUDLA, LOUIS BISIGNANO, ANTHONY PIROZZI, FRANK FINKEL, JOSEPH FERRARA, SR., LYNN MOUREY, MARC HERBST AND THOMAS PIALI as Trustees and Fiduciaries of the Local 282 Pension Trust Fund, <br><br>          Plaintiffs <br><br>-against- <br><br>JUDA CONSTRUCTION, LTD., FULLERTON LAND DEVELOPMENT, LTD a/k/a FULLERTON AVENUE LAND DEVELOPMENT, LTD., CTJ CONSTRUCTION LTD., TORRETTA TRUCKING INC., CHATHAM CONS., LTD., FINESSE CONSTRUCTION LLC, INOVATIVE DISPOSAL SYSTEMS LLC, PURE EARTH INC., PURE EARTH TRANSPORATION AND DISPOSAL SYSTMES, INC. a/k/a AMERCIAN TRANSPORTATION AND DISPOSAL SYSTEMS LTD, PURE EARTH MATERIALS, INC. a/k/a/ SOUTH JERSEY DEVELOPMENT, INC., THOMAS ATTONITO, NICHOLAS PANICIA and CHRISTOPHER UZZI <br><br>          Defendants | 07-CV-5763 (JSR) <br><br><br><br>ANSWER OF DEFENDANTS INNOVATIVE AND FINESSE TO CROSS CLAIM OF PURE EARTH DEFENDANTS |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Defendants, Finesse Construction LLC and Innovative Disposal Systems LLC (collectively "Defendants) by and through their counsel, Leonard Herman, hereby answer the Cross-Claim asserted by Juda Construction LTD., Pure Earth Inc., Pure Earth Transportation and Disposal Systems, Inc. a/k/a/ American Transportation and Disposal Systems, LTD and Pure Earth Materials, Inc. a/k/a South Jersey Development Inc

(hereafter the Pure Earth Defendants) as follows::

1) Deny the allegations set forth in the Cross Claim of the Pure Earth defendants in their Answer to the Second Amended Complaint filed September 19, 2007 at pages 37-38.

WHEREFORE, Finesse Construction LLC and Innovative Disposal Solutions LLC demand judgment be granted as follows:

A. Dismissing the Cross Claims of the Pure Earth defendants with prejudice and without costs or attorney fees.

B. Granting the defendants attorney fees, costs and disbursements to the extent provided by contract, statute or otherwise; and

C. Together with such other, further or different relief as the Court deems just and proper.

Dated: Ardsley, NY
September 24, 2007

Leonard Herman Esq.
75 Euclid Ave.
Ardsley, NY 10502
Phone (914) 674-4936
Fax (914) 674-4936
Cell (914) 522-2073