UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

GARY LA BARBERA, et al.,

               Plaintiffs,

- against –

JUDA CONSTRUCTION, LTD et al.,
               Defendants.
_____X

**RULE 7.1 STATEMENT**

Index No.:07-CV-5763 (JSR)

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for the Defendants FULLERTON LAND DEVELOPMENT,LTD, a/k/a FULLERTON AVENUE LAND DEVELOPMENT LTD, CTJ CONSTRUCTION LTD, CHATHAM CONSTRUCTION LTD, THOMAS ATTONITO, NICHOLAS PANICCIA and CHRISTOPHER UZZI (a provable non-governmental party), and TORRETTA TRUCKING, INC. certifies that the following are corporate parents, affiliates or subsidiaries of said party, which are publicly held:

NONE.

Dated:      White Plains, New York
              September 28, 2007

                            Yours, etc.,

                            By: _____
                                Christopher A. Smith (CS-9014)
                                TRIVELLA, FORTE & SMITH, LLP
                                1311 Mamaroneck Avenue, Suite 170
                                White Plains, New York 10605
                                (914) 949-9075/(914) 949-4752

To:  FRIEDMAN & WOLF, ESQS.
Attorneys for Plaintiffs
1500 Broadway, Suite 2300
New York, NY   10036
Attn:   Erin Weeks Waldner, Esq.

BAHN, HERZFELD & MULTER, LLP
Attorneys for Defendants Juda Construction, Ltd,
Pure Earth, Inc., Pure Earth Transportation and
Disposal Systems LLC, a/k/a American Transportation
and Disposal Systems, Ltd., and Pure Earth Materials,
Inc., a/k/a South Jersey Development, Inc.
555 Fifth Avenue, 14th Floor
New York, NY   10017
Attn:   Andrew Multer (AM-2116)

LEONARD K. HERMAN, ESQ. (LH-3174)
Attorney for Defendant Finesse Construction LLC and
Innovative Disposal Systems LLC
75 Euclid Avenue
Ardsley, NY   10502