## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK          )
                           )ss.:
COUNTY OF WESTCHESTER      )

**ANNA CHIAROLANZA**, being duly sworn, deposes and says:

That I am not a party to this action; am over 18 years of age and reside in Westchester County, New York; that on the 28th day of September, 2007, I served the within **ANSWER OF DEFENDANTS FULLERTON LAND DEVELOPMENT, LTD.; a/k/a FULLERTON AVENUE LAND DEVELOPMENT, LTD.; CTJ CONSTRUCTION, LTD.; CHATHAM CONSTRUCTION, LTD.; TORRETTA TRUCKING INC., THOMAS ATTONITO, NICHOLAS PANICCIA and CHRISTOPHER UZZI TO SECOND AMENDED COMPLAINT**

> Erin Weeks Waldner, Esq.
> Michael Bauman, Esq.
> FRIEDMAN & WOLF
> 1500 Broadway, Suite 2300
> New York, NY   10036
>
> BAHN, HERZFELD & MULTER, LLP
> 555 Fifth Avenue, 14th Floor
> New York, NY   10017
>
> Leonard K. Herman, Esq.
> 75 Euclid Avenue
> Ardsley, NY   10502

and by depositing a true copy of the same enclosed in a post-paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
ANNA CHIAROLANZA

Sworn to before me this
28th day of September, 2007

_____
Notary Public

CHRISTOPHER A. SMITH
NOTARY PUBLIC, State of New York
No. 02SM5003770
Qualified in Westchester & Bronx Counties
Commission Expires November 2, ~~1998~~ 2008