## CERTIFICATE OF SERVICE

I, CHRISTOPHER A. SMITH, ESQ., of Trivella, Forte and Smith, LLP, attorneys for the defendants, , Fullerton Land Development, Ltd., a/k/a Fullerton Avenue Land Development, Ltd., Chatham Construction, Ltd, Torretta Trucking Inc., Thomas Attonito, Nicholas Paniccia, and Christopher Uzzi, do hereby certify that a copy of the **ANSWER OF DEFENDANTS FULLERTON LAND DEVELOPMENT, LTD.; a/k/a FULLERTON AVENUE LAND DEVELOPMENT, LTD.; CTJ CONSTRUCTION, LTD.; CHATHAM CONSTRUCTION, LTD.; TORRETTA TRUCKING INC., THOMAS ATTONITO, NICHOLAS PANICCIA and CHRISTOPHER UZZI TO SECOND AMENDED COMPLAINT** in the action Gary La Barbera, et. al. v. Juda Construction et. al., 07 CV 5763 (JSR) was served by ECF on the PACER System to the attorneys in this action this 28th day of September 2007.

TRIVELLA, FORTE & SMITH, LLP

By:_____
CHRISTOPHER A. SMITH (CS 9014)
Attorneys for Defendant
1311 Mamaroneck Avenue
Suite 170 -
White Plains, New York 10605