UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

GARY LA BARBERA, THOMAS GESUALDI,  :
LAWRENCE KUDLA, LOUIS BISIGNANO,         Dkt No. 07 CV 5763 (JSR)
ANTHONY PIROZZI, FRANK FINKEL,     :
JOSEPH FERRARA, SR., LYNN MOUREY,
MARC HERBST, and THOMAS PIALI,     :
as Trustees and Fiduciaries of the Local 282
Pension Fund Trust,                :

              Plaintiffs,       :

         - against -                     :
                                   **ANSWER OF PURE EARTH**
JUDA CONSTRUCTION, LTD.;           :    **DEFENDANTS TO**
FULLERTON LAND DEVELOPMENT, LTD.,       **CROSS-CLAIMS OF**
a/k/a FULLERTON AVENUE LAND        :    **OF DEFENDANTS**
DEVELOPMENT, LTD.; CTJ CONSTRUCTION,    **INNOVATIVE and FINESSE**
LTD.; CHATHAM CONSTRUCTION, LTD.;  :
TORRETTA TRUCKING INC.;
FINESSE CONSTRUCTION, LLC;         :
INNOVATIVE DISPOSAL SYSTEMS LLC;
PURE EARTH, INC.; PURE EARTH       :
TRANSPORTATION AND DISPOSAL
SYSTEMS, INC., a/k/a AMERICAN      :
TRANSPORTATION AND DISPOSAL
SYSTEMS, LTD.; PURE EARTH MATERIALS, :
INC., a/k/a SOUTH JERSEY DEVELOPMENT,
INC.; THOMAS ATTONITO; NICHOLAS    :
PANICCIA; and CHRISTOPHER UZZI,
                                 :
              Defendants.
                                 :
------------------------------------------------------------X

      Defendants Juda Construction, Ltd., Pure Earth, Inc., Pure Earth Transportation and Disposal Systems, Inc., a/k/a American Transportation and Disposal Systems, Ltd., and Pure Earth Materials, Inc., a/k/a/ South Jersey Development, Inc. (collectively, the "Pure Earth defendants"), by and through their counsel, Bahn, Herzfeld & Multer, LLP, hereby answer the

Cross-Claims asserted by Defendants Innovative Disposal Systems LLC and Finesse Construction LLC as follows:

1. Deny the allegations set forth in the Cross-Claim asserted on Page 49 of defendant Finesse Construction LLC's Answer to Second Amended Complaint, Cross-Claim and Affirmative Defenses (ECF #27), filed September 22, 2007.

2. Deny the allegations set forth in the Cross-Claim asserted on Page 49 of defendant Innovative Disposal Systems LLC's Answer to Second Amended Complaint, Cross-Claim and Affirmative Defenses (ECF #28), filed September 22, 2007.

**WHEREFORE**, the Pure Earth defendants demand judgment be granted as follows:

A. Dismissing the Cross-Claim of defendant Finesse against them;

B. Dismissing the Cross-Claim of defendant Innovative against them;

C. Granting them attorneys' fees, costs and disbursements to the extent provided by contract, statute or otherwise; and

D.  Granting them such other, further and different relief as the Court deems just and proper.

DATED:  New York, New York
September 28, 2007

BAHN, HERZFELD & MULTER, LLP
Attorneys for Defendants Juda Construction, Ltd,
   Pure Earth, Inc., Pure Earth Transportation and Disposal Systems LLC,
   a/k/a American Transportation and Disposal Systems, Ltd., and Pure Earth
   Materials, Inc., a/k/a South Jersey Development, Inc.
555 Fifth Avenue, 14th Floor
New York, NY   10017
Phone: (212) 818-9019
Fax:    (212) 986-5316

By: _____
Andrew Multer (AM-2116)

To:  Erin Weeks Waldner, Esq. (EW-0330)
Michael Bauman, Esq. (MB-9118)
FRIEDMAN & WOLF
Attorneys for Plaintiffs
1500 Broadway, Suite 2300
New York, NY   10036
Phone: (212) 354-4500
Fax:    (212) 719-9072

Christopher A. Smith, Esq. (CS-9014)
Trivella, Forte & Smith, LLP
Attorneys for Defendants Fullerton Land Development, Ltd., a/k/a Fullerton Avenue
   Land Development, Ltd., Chatham Construction, Ltd, Torretta Trucking Inc.,
   Thomas Attonito, Nicholas Paniccia, and Christopher Uzzi
1311 Mamaroneck Avenue, Suite 170
White Plains, NY 10605
Phone: (914) 843-9100
Fax:    (914) 949-4752

Leonard K. Herman, Esq. (LH-3174)
Attorney for Defendants Finesse Construction LLC and
   Innovative Disposal Systems LLC
75 Euclid Avenue
Ardsley, NY   10502
Phone: (914) 674-4936
Fax:    (914) 674-4936