UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------X

GARY LA BARBERA, THOMAS GESUALDI, LAWRENCE KUDLA, LOUIS BISIGNANO, ANTHONY PIROZZI, FRANK FINKEL, JOSEPH FERRARA, SR., LYNN MOUREY, MARC HERBST, and THOMAS PIALI, as Trustees and Fiduciaries of the Local 282 Pension Fund Trust,

Plaintiffs,

- against -

JUDA CONSTRUCTION, LTD.; FULLERTON LAND DEVELOPMENT, LTD., a/k/a FULLERTON AVENUE LAND DEVELOPMENT, LTD.; CTJ CONSTRUCTION, LTD.; CHATHAM CONSTRUCTION, LTD.; TORRETTA TRUCKING INC.; FINESSE CONSTRUCTION, LLC; INNOVATIVE DISPOSAL SYSTEMS LLC; PURE EARTH, INC.; PURE EARTH TRANSPORTATION AND DISPOSAL SYSTEMS, INC., a/k/a AMERICAN TRANSPORTATION AND DISPOSAL SYSTEMS, LTD.; PURE EARTH MATERIALS, INC., a/k/a SOUTH JERSEY DEVELOPMENT, INC.; THOMAS ATTONITO; NICHOLAS PANICCIA; and CHRISTOPHER UZZI,

Defendants.

--------------------------------------------------------------X

Dkt No. 07 CV 5763 (JSR)

**STIPULATION**

IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED BY and between the undersigned attorneys that:

The plaintiffs consent to adjourn the defendants FULLERTON LAND DEVELOPMENT,LTD, a/k/a FULLERTON AVENUE LAND DEVELOPMENT LTD, CTJ CONSTRUCTION LTD, CHATHAM CONSTRUCTION LTD, THOMAS

ATTONITO, NICHOLAS PANICCIA, TORRETTA TRUCKING INC.and CHRISTOPHER UZZI's time to answer or otherwise move to and including September 28, 2007.

The defendant's waive any defense relating to service or defect of process. The defendants also withdraw their request for a jury trial.

Facsimile signatures shall constitute original signatures for the purposes of this stipulation.

Dated: Westchester, New York
9/27/2007

| | |
|---|---|
| Michael Bauman, Esq. | Christopher A. Smith, Esq. |
| Friedman & Wolf, Esqs. | Trivella, Forte & Smith, LLP |
| Attorneys for Plaintiffs | Attorneys for Defendants |
| 1500 Broadway, Suite 2300 | 1311 Mamaroneck Ave., Suite 170 |
| New York, NY 10036 | White Plains, NY 10605 |
| Tel. No.: 212-354-4500 | Tel. No.: 914-949-9075 |