Rakoff, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

GARY LA BARBERA, THOMAS GESUALDI,
LAWRENCE KUDLA, LOUIS BISIGNANO,
ANTHONY PIROZZI, FRANK FINKEL,
JOSEPH FERRARA, SR., LYNN MOUREY,
MARC HERBST, and THOMAS PIALI,
as Trustees and Fiduciaries of the Local 282
Pension Fund Trust,

      Plaintiffs,

 - against -

JUDA CONSTRUCTION, LTD.;
FULLERTON LAND DEVELOPMENT, LTD.,
a/k/a FULLERTON AVENUE LAND
DEVELOPMENT, LTD.; CTJ CONSTRUCTION,
LTD.; CHATHAM CONSTRUCTION, LTD.;
TORRETTA TRUCKING INC.;
FINESSE CONSTRUCTION, LLC;
INNOVATIVE DISPOSAL SYSTEMS LLC;
PURE EARTH, INC.; PURE EARTH
TRANSPORTATION AND DISPOSAL
SYSTEMS, INC., a/k/a AMERICAN
TRANSPORTATION AND DISPOSAL
SYSTEMS, LTD.; PURE EARTH MATERIALS,
INC., a/k/a SOUTH JERSEY DEVELOPMENT,
INC.; THOMAS ATTONITO; NICHOLAS
PANICCIA; and CHRISTOPHER UZZI,

      Defendants.
----------------------------------------------------------X

Dkt No. 07 CV 5763 (JSR)

**STIPULATION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-18-07

 IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED BY and between the undersigned attorneys that:

 The plaintiffs consent to adjourn the defendants FULLERTON LAND

DEVELOPMENT,LTD, a/k/a FULLERTON AVENUE LAND DEVELOPMENT LTD,

CTJ CONSTRUCTION LTD, CHATHAM CONSTRUCTION LTD, THOMAS

SEP-27-2007 17:54 From:FRIEDMAN WOLF        212 719 9072        To:19149494752        P.3/3

ATTONITO, NICHOLAS PANICCIA, TORRETTA TRUCKING INC. and CHRISTOPHER UZZI's time to answer or otherwise move to and including September 28, 2007.

The defendant's waive any defense relating to service or defect of process. The defendants also withdraw their request for a jury trial.

Facsimile signatures shall constitute original signatures for the purposes of this stipulation.

Dated: Westchester, New York
9/27/2007

_____
Michael Bauman, Esq.
Friedman & Wolf, Esqs.
Attorneys for Plaintiffs
1500 Broadway, Suite 2300
New York, NY 10036
Tel. No.: 212-354-4500

_____
Christopher A. Smith, Esq.
Trivella, Forte & Smith, LLP
Attorneys for Defendants
1311 Mamaroneck Ave., Suite 170
White Plains, NY 10605
Tel. No.: 914-949-9075

SO ORDERED

_____
U.S.D.J.

10-18-07